# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:98−cr−00896
Honorable William T. Hart

Tyrie Bell

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 29, 2018:

MINUTE entry before the Honorable William T. Hart: as to Tyrie Bell (1): Motion hearing held. Defendant Bell's motion for early termination of supervised release [148] is granted. It is hereby ordered that defendant Tyrie Bell's supervised release is terminated as satisfactory. Mailed notice (clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.